DANIEL J. BRODERICK, Bar #89424
Federal Defender
CARO MARKS, Bar #159267
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
JUAN GARCIA-ZAYAS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                           )<br>            Plaintiff,     )<br>                           )<br>     v.                    )<br>                           )<br> JUAN GARCIA-ZAYAS,         )<br>                           )<br>            Defendant.     )<br>_____) | NO. CR.S-11-390-LKK<br><br>**STIPULATION AND ORDER;**<br>**CONTINUING STATUS CONFERENCE**<br>**AND EXCLUDING TIME**<br><br>Date:  November 22, 2011<br>Time:  9:15 a.m.<br>Judge: Hon. Lawrence K. Karlton |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MICHELE BECKWITH, Assistant United States Attorney, attorney for Plaintiff, and CARO MARKS, attorney for JUAN GARCIA-ZAYAS, that the status conference hearing date of November 8, 2011 be vacated, and the matter be set for status conference on November 22, 2011 at 9:15 a.m.

     The reason for this continuance is to allow the government time to prepare and offer the defense a plea agreement, and to give defense counsel time to receive the plea agreement and then to review it with the defendant.

    Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of

this order through and including November 22, 2011 pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

DATED:  November 8, 2011.                    Respectfully submitted,

                                             DANIEL J. BRODERICK
                                             Federal Public Defender


                                             /s/ Caro Marks
                                             CARO MARKS
                                             Designated Counsel for Service
                                             Attorney for Juan Garcia-Zayas

DATED:  November 8, 2011.                    BENJAMIN WAGNER
                                             United States Attorney


                                             /s/ Caro Marks for
                                             MICHELE BECKWITH
                                             Assistant U.S. Attorney
                                             Attorney for Plaintiff


                                ORDER

   UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the November 8, 2011, status conference hearing be continued to November 22, 2011, at 9:15 a.m.  Based on the representation of defense counsel and good cause appearing there from, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time up to and including the

2

1  November 22, 2011 status conference shall be excluded from computation
2  of time within which the trial of this matter must be commenced under
3  the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv)
4  and Local Code T-4, to allow defense counsel reasonable time to
5  prepare.
6  Dated: November 8, 2011

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT